UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Brandon Roberts et al, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 11-cv-10760 GAO |
| | * | |
| St. Amand et al, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

April 12, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on 03/01/2016 [#55] requesting Plaintiffs' to respond to the Defendant's Motion to Dismiss [#53} within twenty –one (21) days, this case is hereby dismissed and CLOSED.

   IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge