UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10760-GAO

BRANDON ROBERTS,
Plaintiff,

v.

PETER ST. AMAND, et al.,
Defendants.

ORDER
April 26, 2017

O'TOOLE, D.J.

This Order resolves the following pending motions:

1. The plaintiff's Motion for Clarification and for Temporary Abeyance of Return of Proof of Service (dkt. no. 65) is DENIED.

2. The plaintiff's Motion for Limited Discovery and for In-Court Inspection of the Current Address for the Defendant Peter St. Amand (dkt. no. 66) is DENIED. Although summonses have been issued for St. Amand numerous times over the course of this litigation, none have been returned executed. Most recently, on November 29, 2016, the Court granted the plaintiff a further extension to effectuate service of process, stating that failure to file proof of service on any remaining defendant by December 12, 2016, would result in those claims being dismissed and warning that no further extensions would be permitted. The plaintiff did not file proof of service for St. Amand by that date. Consequently, any claims against St. Amand are dismissed.

3. The plaintiff's Motion for Enlargement of Time for Filing an Opposition to the Defendants' Motion to Dismiss (dkt. no. 82) is GRANTED to the extent the plaintiff requests the deadline to respond to the defendants' motion to dismiss be extended until May 30, 2017. Given the age of the case and of the motion to dismiss, the Court is not inclined to grant any further extensions of time.

The Clerk shall mail a copy of this Order and the docket sheet to the plaintiff at the address registered with CM/ECF.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge